# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LEE STERN, III, AND LATICIA CHASE,** | : : : | CIVIL ACTION NO. 2:15-CV-1046 |
| Plaintiffs | : : | (Chief Judge Conner) |
| v. | : : | |
| **CONSOL PENNSYLVANIA COAL COMPANY, LLC, AND CONSOL ENERGY, INC.,** | : : : : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of March, 2018, the Court having reviewed the Joint Motion (Doc. 69) to Establish a Schedule for Filing All Remaining Daubert Motions, it is hereby ORDERED that said motion is GRANTED as follows:

| | |
|---|---|
| All remaining Daubert motions and supporting briefs due | April 13, 2018 |
| All responses to the remaining Daubert motions due | May 14, 2018 |
| All replies to responses due | May 31, 2018 |

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania